HERMAN T. MAGAGNA, Respondent, v. HARRY VELDRAN, Appellant.— Deter-

mination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.